JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAM BENFORD,

                    Plaintiff,

          v.

CUEVAS MATTRESS INC., *et al.*,

                    Defendants.

Case No. 2:25-cv-05620-FLA (MAAx)

**ORDER DISMISSING ACTION [DKT. 18]**

1

On October 3, 2025, Plaintiff Sam Benford ("Plaintiff") filed a Notice of Voluntary Dismissal of Entire Action with Prejudice ("Notice of Dismissal"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 18.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1.  All dates and deadlines governing this action are VACATED.

2.  The court DISMISSES the action with prejudice.


IT IS SO ORDERED.


Dated: October 24, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2